1488

## DISCIPLINARY DOCKET

**96–2807. Dayton Bar Assn. v. Andrews.**
This matter came on for further consideration upon the filing on November 13, 2000, by relator, Dayton Bar Association, of a motion to transfer monitoring responsibilities. Upon consideration thereof,

IT IS ORDERED by this court that the motion be, and hereby is, granted. It is further ordered that all duties and responsibilities assumed by the Toledo Bar Association are now to be assumed by relator, Dayton Bar Association. It is further ordered that all other provisions of the April 18, 2000 order of this court are to remain in effect.

*Friday, December 15, 2000*

## MOTION DOCKET

**00–1833. State v. Jordan.**
Lucas C.P. No. CR982736. This cause is pending before the court as an appeal from the Court of Common Pleas of Lucas County. Upon consideration of appellant's motion for extension of time to transmit the record,

IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to February 12, 2001.

## MISCELLANEOUS DISMISSALS

**00–745. Littrell v. Wigglesworth.**
Butler App. Nos. CA99–05–092 and CA99–08–141. This cause is pending before the court as an appeal from the Court of Appeals for Butler County. Upon consideration of appellants' application for dismissal of their appeal as to appellee Preferred Risk Mutual Insurance Company,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, as to Preferred Risk Mutual Insurance Company only.

**00–801. Littrell v. Wigglesworth.**
Butler App. No. CA99–05–092. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Butler County. Upon consideration of appellants' application for dismissal of their appeal as to appellee Preferred Risk Mutual Insurance Company,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, as to Preferred Risk Mutual Insurance Company only.